## UNITED STATES DISTRICT COURT
### DISTRICT OF RHODE ISLAND

ARIEL MENDEZ

      v.                                               CA 15-408 ML

DANIEL MARTIN

<u>ORDER</u>

This matter is before the Court on Petitioner's Objection to the Report and Recommendations issued by Magistrate Judge Sullivan on April 19, 2016 (Docket #16).  The Court has reviewed the Report and Recommendations and Petitioner's Objection.  Finding no merit in Petitioner's Objection, the Court adopts the Report and Recommendation in its entirety. The Motion to Dismiss is GRANTED; the petition is dismissed without prejudice to refiling in the appropriate district.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
Senior United States District Judge
May 10, 2016